CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT ACOSTA**, <br><br> Plaintiff, <br><br> v. <br><br> **MARIA TREANTAFELLES**, in individual and representative capacity as Trustee of The Maria Treantafelles Trust; **LIKOURIA, INC**., a California Corporation; and Does 1-10, <br><br> Defendants. | **Case:** 2:19-CV-03850-MWF-KS <br><br> **Plaintiff's Notice of Voluntary Dismissal With Prejudice** <br><br> Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Robert Acosta, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Maria Treantafelles and Likouria, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: August 28, 2019         CENTER FOR DISABILITY ACCESS

                              By: /s/ Chris Carson
                                  Chris Carson
                                  Attorneys for Plaintiff